

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Howard L. Wilson

v.          Civil Action No.C.04-337-JD

NH Supreme Court
and Clifton Below

## JUDGMENT

In accordance with the order dated January 24, 2005, by United States District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

By the Court,

James R. Starr, Clerk

January 24, 2005

cc: Howard L. Wilson, pro se
Daniel J. Mullen, Esq.
Clifton Below